# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| O1 COMMUNICATIONS, INC. | |
| *Plaintiff,* | **Case No. 3:16-cv-01452-VC** |
| v. | **[PROPOSED]~~ ORDER GRANTING STIPULATION TO EXTEND TIME** |
| AT&T CORPORATION | |
| *Defendant* | Motion Served:           April 26, 2016 |
| | Current Response Date:   May 9, 2016 |
| | New Response Date:       May 24, 2016 |
| | New Reply Date:          June 1, 2016 |
| | New Hearing Date:        June 16, 2016 |

On May 6, 2016, Plaintiff O1 Communications, Inc. ("Plaintiff") and Defendant AT&T Corporation stipulated and agreed to requested a two-week continuance in the dates for Plaintiff's Response and Defendant's Reply to the Motion to Dismiss.

Pursuant to Local Rule 6-2 of the United States District Court for the Northern District of California, the parties may stipulate to extend the time for filings that would affect the date of an event or deadline already fixed by Court order.

The new deadlines for the Response and Reply necessitate rescheduling the hearing date for the Motion.

GOOD CAUSE SHOWN, the Court approves the Stipulations and ORDERS Plaintiffs to respond to the Defendant's Motion to Dismiss by May 24, 2016, and Defendants to reply by June 1, 2016.  Further, the hearing date is extended until June 16, 2016.

Dated this 9th day of May, 2016.

By: _____

Judge Vince Chhabria