# Exhibit 1

☐ 888-444-1111   ☐ carriersales@o1.com



# Toll-Free Termination

Exceptional quality, service and reliability

O1's Toll-Free Termination (TFT) service switches worldwide customer-originated 8YY calls to various exchange carriers for call completion. A database lookup determines to which interexchange carrier (IXC) toll-free numbers belong and routes calls accordingly for call completion. With a network of strategic nationwide partners,

O1 provides exceptional call quality, service, and reliability. O1 provides Toll-Free Termination to the US and Canada. Some traffic may be compensable.



## O1 has extremely competitive plans with no activation costs.

Contact us to discuss how we can customize our wholesale serivces to your business needs.

**Contact Us**